Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

Attorneys for Defendant
Nationstar Mortgage, LLC

David E. Funkhouser III (#022449)
david.funkhouser@quarles.com
Sarah R. Anchors (#025344)
sarah.anchors@quarles.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cory Hankins,<br><br>            Plaintiff,<br><br>     vs.<br><br>Nationstar Mortgage, LLC, et al.,<br><br>            Defendants. | Case No. _____<br><br>(Formerly Maricopa County Justice Court case No. CC2014082243SC)<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NATIONSTAR MORTGAGE, LLC** |

This Corporate Disclosure Statement is filed on behalf of Defendant Nationstar Mortgage, LLC in compliance with the provisions of:

   __X__   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation.

   _____   Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that

|   |   |
|---|---|
| 1 | identifies any parent corporation and any publicly held corporation that |
| 2 | owns 10% or more of its stock or states that there is no such corporation. |
| 3 | _____ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational |
| 4 | victim of alleged criminal activity is a corporation the government must file |
| 5 | a statement identifying the victim and the statement must also disclose the |
| 6 | information required by Rule 12.4(a)(1). |

The filing party hereby declares as follows:

_____ No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome.

__X__ Other (please explain)

**Nationstar Mortgage LLC ("Nationstar") is an indirect, wholly-owned subsidiary of a publicly-traded company, Nationstar Mortgage Holdings Inc. ("NSM Holdings"), a Delaware corporation.**

**Nationstar is directly owned by two entities: (1) Nationstar Sub1 LLC ("Sub1") (99%) and (2) Nationstar Sub2 LLC ("Sub2") (1%). Both Sub1 and Sub2 are Delaware limited liability companies. Sub1 and Sub2 are both 100% owned by NSM Holdings.**

**The stock of NSM Holdings is owned approximately 80% by FIF HE Holdings LLC, a Delaware limited liability company, and approximately 20% by public stockholders.**

RESPECTFULLY SUBMITTED this 10th day of June, 2014.

>QUARLES & BRADY LLP
>Renaissance One
>Two North Central Avenue
>Phoenix, AZ  85004-2391
>
>
>By /s/ Sarah R. Anchors
>    David E. Funkhouser III
>    Sarah R. Anchors
>
>Attorneys for Defendant
>Nationstar Mortgage, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 10th, 2014, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and mailed a copy of the Notice of Electronic Filing to the following individual:

Cory Hankins
23930 N. 74th Place
Scottsdale, Arizona 85255
*Plaintiff pro per*

/s/ Kelly Thwaites